# ORAL ARGUMENT ACKNOWLEDGMENT FORM
**U.S. COURT OF APPEALS FOR THE FIFTH CIRCUIT, 600 S. Maestri Place, New Orleans, LA 70130**
**(504) 310-7700**

I, <u>Chris Dove</u>
(Full Name)

as arguing counsel, acknowledge receiving notice that the below case has been scheduled for oral argument with the United States Court of Appeals for the Fifth Circuit.

<u>22-20434</u>          <u>Klick et al.</u>                    v.  <u>Cenikor Foundation</u>
(Case Number)                (Short Title)

is scheduled for oral argument at <u>1:00 pm</u>  on   <u>dddd, May, 04, 2023</u>   located in the
(Time)                        (Date)

New Orleans En Banc Courtroom
(Location)

/s/ <u>Chris Dove</u>                                    <u>dddd, April, 13, 2023</u>
(Signature)                                          (Date)

---

### List all parties being represented for argument and select the party type

Cenikor Foundation

_____

_____

☑ Appellant    ☐ Appellee    ☐ Cross Appellant    ☐ Cross Appellee    ☐ Amicus    ☐ Intervenor

According to this court's rules, a cross or separate appeal will be argued with the initial appeal during the same argument, unless the court directs otherwise. If a case involves a cross appeal, the party who first files a notice of appeal is considered the appellant unless the parties otherwise agree or the court directs otherwise. If separate appellants support the same argument, they are to avoid duplication of argument.

### THE ORDER OF PRESENTATION & DIVISION OF ORAL ARGUMENT TIME WILL BE AS FOLLOWS:

|      | (Counsel Name) | (Time in Minutes) | (Rebuttal Time)* |
|------|----------------|-------------------|------------------|
| #1   | Chris Dove     | 10                | 5                |
| #2   |                |                   |                  |
| #3   |                |                   |                  |
| #4   |                |                   |                  |
| #5   |                |                   |                  |

*Rebuttal time for appellants only. The court prefers no more than 5 minutes for rebuttal.

---

PRINT TO PDF                    RESET FORM                    for internal use only:

Revised 02/2023                Form OA-001                    SESSION #_____