# ORAL ARGUMENT ACKNOWLEDGMENT FORM
**U.S. COURT OF APPEALS FOR THE FIFTH CIRCUIT, 600 S. Maestri Place, New Orleans, LA 70130**
**(504) 310-7700**

I, __Josh Borsellino__
(Full Name)

as arguing counsel, acknowledge receiving notice that the below case has been scheduled for oral argument with the United States Court of Appeals for the Fifth Circuit.

__22-20434__            __Klick et al.__            v.   __Cenikor Foundation__
(Case Number)            (Short Title)

is scheduled for oral argument at  __1:00 p.m.__  on  __May 4, 2023__  located in the
(Time)                    (Date)

__New Orleans En Banc Courtroom__
(Location)

/s/ __Josh Borsellino__                                    __April 13, 2023__
(Signature)                                                    (Date)

---

**List all parties being represented for argument and select the party type**

Timothy Klick; Wilton Chambers; Malik Aleem; John Potter; Anthony D. Woods

☐ Appellant    ☒ Appellee    ☐ Cross Appellant    ☐ Cross Appellee    ☐ Amicus    ☐ Intervenor

According to this court's rules, a cross or separate appeal will be argued with the initial appeal during the same argument, unless the court directs otherwise. If a case involves a cross appeal, the party who first files a notice of appeal is considered the appellant unless the parties otherwise agree or the court directs otherwise. If separate appellants support the same argument, they are to avoid duplication of argument.

THE ORDER OF PRESENTATION & DIVISION OF ORAL ARGUMENT TIME WILL BE AS FOLLOWS:

| # | (Counsel Name) | (Time in Minutes) | (Rebuttal Time)* |
|---|---|---|---|
| #1 | Josh Borsellino | 15 | |
| #2 | | | |
| #3 | | | |
| #4 | | | |
| #5 | | | |

*Rebuttal time for appellants only. The court prefers no more than 5 minutes for rebuttal.

---

[PRINT TO PDF]            [RESET FORM]            for internal use only:

Revised 02/2023            Form OA-001            SESSION #_____