# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

April 21, 2023

TO COUNSEL LISTED BELOW:

    No. 22-20434    Klick v. Cenikor Foundation

Dear Counsel:

This is to advise that the oral argument of this case has been moved from Thursday, May 4, 2023, at 1:00 p.m., to Thursday, May 4, 2023, at 9:00 a.m. in the West Courtroom.

    Very truly yours,

    LYLE W. CAYCE, Clerk

    By: _/s/ Charles Whitney_
    Charles B. Whitney
    Calendar Clerk
    504-310-7679

Mr. Joshua Charles Borsellino
Mr. James Ridgley Bullman
Mr. Christopher Dove
Mr. David Mitchell Gregory
Ms. Kathleen Grossman
Mr. Andrew Wilson Reed
Mr. Josh Sanford
Mr. Charles J. Stiegler