# United States Court of Appeals
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

September 08, 2023

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

    No. 22-20434    Klick v. Cenikor Foundation
                     USDC No. 4:19-CV-1583

The court has granted the motions for leave to file briefs as _amici curiae_ in this case.

You must electronically file a "Form for Appearance of Counsel" within 15 days from the date of this letter. The form is available from the Fifth Circuit website, www.ca5.uscourts.gov.

Sincerely,

LYLE W. CAYCE, Clerk

By: _/s/ Rebecca L. Leto_
Rebecca L. Leto, Deputy Clerk
504-310-7703

Mr. Joshua Charles Borsellino
Ms. Mary E. Buckley
Mr. James Ridgley Bullman
Mr. Christopher Dove
Ms. Amelia A. Fogleman
Mr. David Mitchell Gregory
Ms. Kathleen Grossman
Mr. Andrew Wilson Reed
Mr. Josh Sanford
Mr. Charles J. Stiegler