# United States Court of Appeals
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

September 11, 2023

Mr. Joshua Charles Borsellino
Borsellino, P.C.
3267 Bee Cave Road
Suite 107, PMB 201
Austin, TX 78746

Mr. James Ridgley Bullman
Blackwell & Bullman, L.L.C.
8322 One Calais Avenue
Baton Rouge, LA 70809

Mr. Josh Sanford
Sanford Law Firm, P.L.L.C.
10800 Financial Centre Pkwy
Suite 510
Little Rock, AR 72211

Mr. Charles J. Stiegler
Stiegler Law Firm, L.L.C.
318 Harrison Avenue
Suite 104
New Orleans, LA 70124

 No. 22-20434    Klick v. Cenikor Foundation
                 USDC No. 4:19-CV-1583

Dear Counsel:

This letter will serve to confirm our telephone conversation or voicemail this date advising the parties that the court has requested a response to the Appellant's Petition for rehearing en banc be filed in this office on or before September 21, 2023.

Sincerely,

LYLE W. CAYCE, Clerk

By: *Rebecca L. Leto*
Rebecca L. Leto, Deputy Clerk
504-310-7703

cc: Mr. Christopher Dove
    Mr. David Mitchell Gregory
    Ms. Kathleen Grossman
    Mr. Andrew Wilson Reed