**Case No. 22-20434**

---

IN THE UNITED STATES COURT OF APPEALS FOR THE FIFTH CIRCUIT

---

TIMOTHY KLICK, WILTON CHAMBERS; MALIK ALEEM; JOHN POTTER; ANTHONY WOODS, individually and on behalf of all others similarly situated,

Plaintiffs – Appellees

v.

CENIKOR FOUNDATION,

Defendant – Appellant

---

Appeal from the United States District Court for the Southern District of Texas

---

**APPELLEES' UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE A RESPONSE TO THE PETITION FOR REHEARING EN BANC**

---

Josh Borsellino
Borsellino, P.C.
3267 Bee Cave Rd.,
Ste. 107, Box # 201
Austin, TX 78746
Tel: (817) 908-9861
**ATTORNEY FOR TIMOTHY KLICK AND WILTON CHAMBERS**

Charles J. Stiegler
Stiegler Law Firm
318 Harrison Ave., Ste. 104
New Orleans, LA 70214
Tel: (504) 267-0777
**ATTORNEY FOR MALIK ALEEM**

Josh Sanford
Sanford Law Firm, PLLC
Kirkpatrick Plaza
10800 Financial Centre Pkwy, Ste. 510
Little Rock, Arkansas 72211
Tel: (800) 615-4946
**ATTORNEY FOR ANTHONY WOODS**

James R. Bullman
Blackwell & Bullman, LLC
8322 One Calais Ave.,
Baton Rouge, LA 70809
Tel: (225) 769-2462
**ATTORNEY FOR JOHN POTTER**

TO THE COURT OF APPEALS FOR THE FIFTH CIRCUIT:

Appellees respectfully move for an order extending the time for parties to respond to Appellant's Petition for Rehearing En Banc from September 21, 2023 until October 12, 2023.

1. This case involves an interlocutory appeal of the district court's certification of a collective under Section 216 of the Fair Labor Standards Act. On August 16, 2023, a unanimous panel affirmed the district court's certification order.

2. On August 30, 2023, Appellant filed a Petition for Rehearing En Banc.

3. On September 11, 2023, this Court requested that Appellees file a response or opposition to Appellant's petition for rehearing en banc within ten days —on or before September 21, 2023.

4. Appellees respectfully request a 21-day extension to file a response to Appellant's petition for rehearing en banc, up to and including October 12, 2023.

5. Appellees have not previously requested an extension of time for their response to the petition for rehearing en banc.

6. Appellant does not oppose this requested 21-day extension.

7. Appellees request this extension for two reasons. First, Charles Stiegler, one of the primary attorneys for Appellees, has a federal trial that is set to begin on Monday, September 18. Second, given that this case consists of five separate cases that were consolidated, there are a several sets of attorneys that represent Appellees, which would make coordinating the response and providing

all interested counsel an opportunity for consultation, review and revision within the current ten-day period exceedingly difficult.

8.　　Appellees' request for twenty-one additional days, until October 12, 2023, would provide a reasonable opportunity for internal consultation, drafting and review while ensuring that the response will be filed less than two months after the panel opinion issued.

## PRAYER FOR RELIEF

WHEREFORE, Appellees pray that the Court grant the motion and enter an order extending the time for Appellees to respond to the Petition for Rehearing En Banc from September 21, 2023 until to October 12, 2023.

Respectfully submitted,

/s/ Josh Borsellino
Josh Borsellino
TX Bar No. 24045532
**Borsellino, P.C.**
Office Address:
1020 Macon St., Suite 15
Fort Worth, Texas 76102
Mailing Address:
3267 Bee Cave Rd., Ste. 107, Box # 201
Austin, TX 78746
Telephone: (817) 908-9861
Facsimile: (817) 394-2412
Email:　　josh@dfwcounsel.com

Charles J. Stiegler

        LA Bar No. 33456
        Stiegler Law Firm
        318 Harrison Ave., Ste. 104
        New Orleans, LA 70214
        Tel: (504) 267-0777
        Fax: (504) 513-3084
        Charles@StieglerLawFirm.com

        Josh Sanford
        Tex. Bar No. 24077858
        SANFORD LAW FIRM, PLLC
        Kirkpatrick Plaza
        10800 Financial Centre Parkway, Suite 510
        Little Rock, Arkansas 72211
        Telephone: (800) 615-4946
        Facsimile: (888) 787-2040
        Tex. Bar No. 24077858
        josh@sanfordlawfirm.com

        James R. Bullman
        Bar Roll No. 35064 –T.A.
        Blackwell & Bullman, LLC
        8322 One Calais Ave.,
        Baton Rouge, LA 70809
        Telephone: 225-769-2462
        Facsimile: 225-769-2463
        Email: james@blackwell-bullman.com

        **ATTORNEYS FOR APPELLEES**

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing unopposed motion has been filed with the Clerk of Court using the Court's electronic filing system, which sent notification of such filing to all counsel of record.

*/s/ Josh Borsellino*
Josh Borsellino

# CERTIFICATE OF COMPLIANCE

  This unopposed motion complies with the word limitations of Fed. R. App. P. 32(a)(2)(A) because excluding parts of the document exempted by Fed. R. App. P. 32, it contains 329 words.

  This unopposed motion complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type style requirements of Fed. R. App. P. 32(a)(6) because it has been prepared in a proportionally spaced typeface, including serifs, using Times New Roman 14-point font.

Dated: September 12, 2023

*/s/ Josh Borsellino*
Josh Borsellino