# *United States Court of Appeals*
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

September 14, 2023

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

    No. 22-20434    Klick v. Cenikor Foundation
                     USDC No. 4:19-CV-1583

The court has taken the following action in this case: Appellees' unopposed motion for extension of time to file response/opposition to Appellant's petition for rehearing en banc is granted. Deadline to file response/opposition is updated to October 12, 2023.

                                Sincerely,

                                LYLE W. CAYCE, Clerk

                                By: _____
                                Rebecca L. Leto, Deputy Clerk
                                504-310-7703

Mr. Joshua Charles Borsellino
Ms. Mary E. Buckley
Mr. James Ridgley Bullman
Mr. Christopher Dove
Ms. Amelia A. Fogleman
Mr. David Mitchell Gregory
Ms. Kathleen Grossman
Mr. Andrew Wilson Reed
Mr. Josh Sanford
Mr. Charles J. Stiegler