# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

_____

### NO. 22-20434

_____

**TIMOTHY KLICK; WILTON CHAMBERS; MALIK ALEEM;
JOHN POTTER; ANTHONY D. WOODS,**
**Plaintiffs – Appellees,**
v.
**CENIKOR FOUNDATION,**
**Defendant – Appellant**

_____

**On Appeal from the United States District Court
For the Southern District of Texas, Houston Division**

_____

_____

## OPPOSED MOTION FOR LEAVE TO FILE
## REPLY IN SUPPORT OF PETITION FOR REHEARING EN BANC

_____

TO THE COURT OF APPEALS FOR THE FIFTH CIRCUIT:

1.     Petitioner/Appellant Cenikor Foundation ("Cenikor") files this motion requesting leave to file a short reply in support of its Petition for Rehearing En Banc. This Court can see from the attached reply that Cenikor addresses new and important errors that arose in Plaintiffs' Response, without belaboring the points Cenikor already made in its Petition or the merits briefs.

2.      The issue currently before the Court is whether the Court should grant en banc rehearing of the panel's published opinion, issued on August 16, 2023. Cenikor filed its Petition for Rehearing En Banc on August 30, 2023, asserting several grounds for rehearing, including the fact that the panel opinion creates a new circuit split and violates this Court's decision in *Swales* and the Supreme Court's decision in *Hoffman-LaRoche*. *See* Petition.

3.      Amici curiae filed briefs in support, and on September 11, 2023, this Court instructed Plaintiffs to file a response to the Petition. After an unopposed extension of time, Plaintiffs filed their response on October 12, 2023.

4.      Cenikor offers this Reply to briefly address three new issues that arose for the first time in Plaintiff's Response:

- Plaintiffs do not seriously dispute the existence of a circuit split, but their discussion of the standards for en banc review disregards Rule 35's express instruction that a circuit split is a "question of exceptional importance";

- When Plaintiffs respond that Cenikor misconstrues this Court's test for independent contractors, Plaintiffs' argument confuses two distinct legal issues—(1) whether the alleged "employee" worked

in exchange for compensation or his own pleasure or purpose (the issue in *Alamo* and this case), versus (2) whether the alleged "employee" worked for the defendant or for himself (the issue in independent-contractor disputes); and

- Plaintiffs' Response mischaracterizes the text and holding of *Swales* in a way that invites this Court to violate the Supreme Court's express admonitions in *Hoffman-LaRoche*.

5.     Rule 35 does not expressly address replies in support of a Petition for Rehearing En Banc; it neither authorizes nor forbids them. For that reason, Cenikor files this Motion for Leave and asks this Court to accept the attached Reply as part of the briefing in this case.

## PRAYER FOR RELIEF

This Court should grant leave and accept Cenikor's Reply in Support of Petition for Rehearing En Banc.

Respectfully submitted,

By: /s/ Chris Dove
David M. Gregory
Chris Dove
Andrew W. Reed
Kathleen Grossman
LOCKE LORD LLP
600 Travis Street, Suite 2800
Houston, Texas 77002
dgregory@lockelord.com
cdove@lockelord.com
andrew.reed@lockelord.com
kathleen.grossman@lockelord.com
Tel: (713) 226-1344
Fax: (713) 223-3717

**COUNSEL FOR
PETITIONER/APPELLANT
CENIKOR FOUNDATION**

### Certificate Of Conference

I certify that on October 19, 2023, I conferred with Josh Borsellino, counsel for Appellees, and he stated that Appellees oppose the requested relief.

/s/ Chris Dove
Chris Dove

# Certificate Of Service

I certify that on October 19, 2023, a true and correct copy of the above motion and the proposed Reply were served on all parties by this Court's electronic filing system as follows:

**Representing Timothy Klick and Wilton Chambers:**
**Josh Borsellino**
Borsellino, P.C.
3267 Bee Cave Rd., Ste. 107, PMB # 201
Austin, TX 78746
Email: josh@dfwcounsel.com

**Representing Malik Aleem:**
**Charles Stiegler**
Stiegler Law Firm
318 Harrison Ave., Suite 104
New Orleans, LA 70124
Email: charles@stieglerlawfirm.com

**Representing John Potter:**
**James R Bullman**
Blackwell & Bullman, LLC
8322 One Calais Ave
Baton Rouge, LA 70809
Email: james@estesdavislaw.com

**Representing Anthony Woods:**
**Josh Sanford**
Sanford Law Firm, PLLC
Kirkpatrick Plaza
10800 Financial Centre Pkwy, Suite 510
Little Rock, AR 72211
Email: josh@sanfordlawfirm.com

*Counsel for Appellees*

/s/ Chris Dove
Chris Dove