# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

October 20, 2023

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

   No. 22-20434   Klick v. Cenikor Foundation
                USDC No. 4:19-CV-1583

Enclosed is an order entered in this case.

                           Sincerely,

                           LYLE W. CAYCE, Clerk

                           By: _____
                           Rebecca L. Leto, Deputy Clerk
                           504-310-7703

Mr. Joshua Charles Borsellino
Ms. Mary E. Buckley
Mr. James Ridgley Bullman
Mr. Christopher Dove
Ms. Amelia A. Fogleman
Mr. David Mitchell Gregory
Ms. Kathleen Grossman
Mr. Justin A Lollman
Mr. Andrew Wilson Reed
Mr. Josh Sanford
Mr. Charles J. Stiegler