# United States Court of Appeals
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

February 06, 2024

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

   No. 22-20434   Klick v. Cenikor Foundation
                   USDC No. 4:19-CV-1583

Enclosed is an order entered in this case.

Sincerely,

LYLE W. CAYCE, Clerk

By: _____
Peter A. Conners, Deputy Clerk
504-310-7685

Mr. Joshua Charles Borsellino
Ms. Mary E. Buckley
Mr. James Ridgley Bullman
Mr. Christopher Dove
Ms. Amelia A. Fogleman
Mr. David Mitchell Gregory
Ms. Kathleen Grossman
Mr. Justin A Lollman
Mr. Nathan Ochsner
Mr. Andrew Wilson Reed
Mr. Josh Sanford
Mr. Charles J. Stiegler