# United States Court of Appeals
# for the Fifth Circuit

United States Court of Appeals
Fifth Circuit

**FILED**

February 9, 2024

No. 22-20434

Lyle W. Cayce
Clerk

————————

Timothy Klick; Wilton Chambers; Malik Aleem; John
Potter; Anthony D. Woods,

*Plaintiffs—Appellees*,

*versus*

Cenikor Foundation,

*Defendant—Appellant*.

_____

Appeal from the United States District Court
for the Southern District of Texas
USDC No. 4:19-CV-1583

_____

ORDER:

The order withholding issuance of the mandate in this appeal is
VACATED.

LYLE W. CAYCE, CLERK
United States Court of Appeals
for the Fifth Circuit
/s/ Lyle W. Cayce

ENTERED AT THE DIRECTION OF THE COURT